UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

_Ongoing harassment, Retaliation_ EEOC COMPLAINT
846-2013-48475N

Milko V. Mateo
PLAINTIFF(S)

CIVIL NO. 13-7270 (KM)

-vs-

Nestle Waters North America, INC.

**RECEIVED**
DEC 03 2013
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

DEFENDANT (S)

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2. Plaintiff (s) resides at  825 Rebecca Pl
Street Address
Elizabeth, Union, NJ
City          County          State
908-937-1181
Phone Number

EEOC Form 161 (11/09)        **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Milko V. Mateo<br>825 Rebecca Place<br>Elizabeth, NJ 07201 | From: | Newark Area Office<br>1 Newark Center<br>21st Floor<br>Newark, NJ 07102 |
|---|---|---|---|

☐    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2013-48475 | Eris Yarborough,<br>Intake Supervisor | (973) 645-6016 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Amparo Soto*        NOV 2 2 2013

Enclosures(s)      Amparo Soto,<br>Acting Director      *(Date Mailed)*

cc:    **Charles Felton<br>Human Resources<br>NESTLE WATERS NORTH AMERICA 720<br>720 Belleville Turnpike<br>Kearny, NJ 07032**

3. Defendant (s) lives at , or its business is located at  720 Belleville turnpike
                                                              (Street Address)
__Hudson__ , __NJ__ , ( )    .
(County)    (State)    (Phone Number)

4. Please state the address at which you sought employment

__Kearny__ , __Hudson__ , __NJ__ .
City         County         State

5. State as nearly as possible when the discriminatory acts occurred:

__3__ , __Sep__ , __2013__ .
Day     Month        Year

5a. If practice is continuing check the appropriate box:

_____YES    __✓_____NO

6. State as nearly as possible when you filed charges with the N.J. Division of Civil

Rights regarding defendant's alleged discriminatory conduct: _____ , _____ ,
                                                              Day        Month

_____ .
Year

7. State as nearly as possible when you filed charges with the N.J. Division on Civil

Rights regarding defendants alleged discriminatory conduct: _____ , _____ ,
                                                             Day         Month

_____ .
Year

8. The Equal Employment Opportunity Commission issued the attached

Notice-Of-Right-To-Sue letter which as received by you on

__25__ , __11__ , __2013__ .

(Note: Please attach Notice-of-Right-to Sue letter to this Complaint)

9. The acts complained by you, in this suit, concern:

    A. \_\_\_\_\_ Failure to employ you.
    B. ✓ Termination of you employment.
    C. \_\_\_\_\_ Failure to promote you.
    D. \_\_\_\_\_ Other acts (please specify) _____

10. Defendant's conduct is discriminatory with respect to which of the following:

*Ongoing harrassment, Retaliation*

    A. _____ Your Race
    B. _____ Your Color
    C. ✓ Your Sex
    D. _____ Your Religion
    E. _____ Your National Origin

11. A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of your claim.

12. If relief is not granted, plaintiff will be irreparably denied rights secured by the Title VII of the Civil Rights Act of 1964, as amended.

13. Plaintiff (s) has no adequate remedy at law to redress the wrongs described above.

WHEREFORE, Plaintiff (s) prays (check appropriate letter (s) as follows):

A. __✓__ That all fees, costs or security attendant to this litigation be hereby waived pursuant to affidavit of indigency submitted herewith.

B. __✓__ That the Court grant such relief as may be appropriate, including injunctive orders, damages and costs.

_____
SIGNATURE OF PLAINTIFF